1  PAMELA L. SCHULTZ (SBN 269032)
   pamela.schultz@kennedyslaw.com
2  KENNEDYS CMK LLP
   455 Market Street, Suite 1900
3  San Francisco, CA 94105
   Telephone:    415-323-4463
4  Facsimile:    415-323-4445

5  Attorneys for Defendant
   ACTION MOTORSPORTS OF TAHOE, INC.
6  (improperly named as ACTION WATERSPORTS
   OF TAHOE)
7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11  SUZANNE NAVONE,                        Case No. 2:20-cv-01351-JAM-JDP

12          Plaintiff,

13       v.                                **STIPULATION TO EXTEND TIME FOR
                                           DEFENDANT TO RESPOND TO
                                           PLAINTIFF'S COMPLAINT; ORDER**
14  ACTION WATERSPORTS OF TAHOE, CAMP
    RICHARDSON RESORT, INC., M/V ROE
15  (A.K.A. M/V WATER TAXI), its engines,  Complaint Filed:  July 6, 2020
    tackle, equipment, furnishings, and machinery,   Trial Date:       TBD
16  *in rem*, and MARK TAYLOR, JAMES
    GRAHAM, *individuals* and Does 1-20,
17
            Defendants.
18

19

20          IT IS HEREBY STIPULATED by and between the parties hereto through their respective

21  attorneys that Defendant ACTION MOTORSPORTS OF TAHOE, INC. (improperly named as Action

22  Watersports of Tahoe), may have additional time of 28 days within which to answer or otherwise

23  respond to Plaintiff SUZANNE NAVONE's Complaint. Therefore, the last day for Defendant to

24  answer or otherwise respond to Plaintiff's Complaint is September 22, 2023.  If the Court grants this

25  extension, the date would be October 27, 2022.

26          Good cause exists for this extension as defense counsel has just been assigned to this case and

27  requires time to become knowledgeable about the case to prepare an initial pleading or response.

28

                                           1

1    This document is being electronically filed through the Court's ECF System.  In this regard,

2  counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons

3  required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document;

4  and (3) a record supporting this concurrence is available for inspection or production if so ordered.

5                                                     Respectfully submitted,

6  DATED:    September 22, 2023                KENNEDYS CMK LLP

7

8                                             By: /s/ *Pamela L. Schultz*
                                                  PAMELA L. SCHULTZ
                                                  Attorneys for Defendant
9                                                 ACTION MOTORSPORTS OF TAHOE, INC.

10

11 DATED:    September 20, 2023                BIRNBERG & ASSOCIATES

12                                            By: /s/ *Cory A. Birnberg* (as authorized on 9/20/23)
                                                  CORY A. BIRNBERG
13                                                Attorneys for Plaintiff
                                                  SUZANNE NAVONE
14

15

16                                      **ORDER**

17     Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendant should answer or

18 otherwise respond to Plaintiff's Complaint on or before **October 27, 2023**.

19

20  Dated: September 28, 2023              /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
21                                        SENIOR UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28