PAMELA L. SCHULTZ (SBN 269032)
pamela.schultz@kennedyslaw.com
KENNEDYS CMK LLP
455 Market Street, Suite 1900
San Francisco, CA 94105
Telephone:     415-323-4463
Facsimile:     415-323-4445

Attorneys for Defendant
CAMP RICHARDSON RESORT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NAVONE,<br><br>             Plaintiff,<br><br>        v.<br><br>ACTION WATERSPORTS OF TAHOE, CAMP RICHARDSON RESORT, INC., M/V ROE (A.K.A. M/V WATER TAXI), its engines, tackle, equipment, furnishings, and machinery, *in rem*, and MARK TAYLOR, JAMES GRAHAM, *individuals* and Does 1-20,<br><br>             Defendants. | Case No. 2:20-cv-01351-JAM-JDP<br><br>**STIPULATION RE DISMISSAL WITHOUT PREJUDICE OF CAMP RICHARDSON RESORT, INC.; ORDER**<br><br>Complaint Filed: July 6, 2020<br>Trial Date:        TBD |

NOW COMES Plaintiff SUZANNE NAVONE (hereinafter "PLAINTIFF") and defendant CAMP RICHARDSON RESORT, INC. (hereinafter " CRR"), and  hereby stipulate to the dismissal of CRR without prejudice subject to the following conditions.

WHEREAS, the parties have had discussions regarding resolution of this matter and it is believed the dismissal of CRR without prejudice will benefit those discussions, the parties have agreed to the following stipulations and terms:

1. The parties agree to dismiss CRR without prejudice subject to being renamed upon reasonable notice to counsel and a declaration to this Court.

2. CRR agrees that if it is renamed in this lawsuit, the naming of CRR in this or any lawsuit relates back to the date of filing of the Complaint in the captioned action and that it retains all other legal defenses, including the statute of limitations.

3. Upon final dismissal or judgment in this matter, CRR is also dismissed then with prejudice.

**SO STIPULATED:**

DATED: October 6, 2023   KENNEDYS CMK LLP

By: /s/ *Pamela L. Schultz*
PAMELA L. SCHULTZ
Attorneys for Defendant
CAMP RICHARDSON RESORT, INC.

DATED: October 6, 2023   BIRNBERG & ASSOCIATES

By: /s/ *Cory A. Birnberg* (authorized 10/6/23)
CORY A. BIRNBERG
Attorneys for Plaintiff
SUZANNE NAVONE

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED. The Court adopts the stipulation of the parties, and therefor orders the dismissal of Camp Richardson Resort, Inc., without prejudice subject to the terms of the stipulation.

Dated: October 10, 2023   /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE