## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**SUZANNE NAVONE,**

v.

CASE NO: **2:20–CV–01351–JAM–JDP**

**ACTION WATERSPORTS OF TAHOE, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/23/24**

**Keith Holland**
Clerk of Court

ENTERED: **January 23, 2024**

by: /s/ A. Kastilahn
Deputy Clerk